FILED
GREAT FALLS DIV.
2011 AUG 3 AM 7 15
PATRICK E. DUFFY, CLERK
BY
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| ROBERT J. COLE,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Administration,<br><br>        Defendant. | No. CV-10-68-GF-SEH<br><br>ORDER |

United States Magistrate Judge Keith Strong entered his Findings and Recommendations[1] on July 11, 2011. Plaintiff filed objections on July 28, 2011. The Court reviews *de novo* findings and recommendations to which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

---

[1] Document No. 21

ORDERED:

1. Plaintiff's Motion for Summary Judgment[2] is DENIED.

2. Defendant's Motion for Summary Judgment[3] is GRANTED.

3. The Clerk is directed to enter judgment accordingly.

DATED this 2nd day of August, 2011.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Document No. 11

[3] Document No. 16